UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,  Case No. 2:22-cr-8

      Plaintiff,  Hon. Paul L. Maloney
                                                    U.S. District Judge

v.

DEVON LEE CHURCH,

      Defendant.
_____/

## ORDER FOR DETENTION

Defendant appeared before the undersigned for an arraignment on May 10, 2022 on an indictment charging him with three counts of assault. Defendant currently has an arrest warrant outstanding from state court as well as a parole hold from Wisconsin. Defendant reserved the issue of detention in this case pending disposition of the state cases and may request a hearing regarding detention in the future.

IT IS HEREBY ORDERED that Defendant shall remain detained pending further proceedings.

IT IS SO ORDERED.

Dated:                                                  /s/ *Maarten Vermaat*
                                                        MAARTEN VERMAAT
                                                        U.S. MAGISTRATE JUDGE